AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

for the
Western District of New York

**United States of America**

**v.**

**STEVEN L. PLOOF,**

*Defendant*

**Case No. 25-MJ-630**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 15, 2025, in the Western District of New York, the defendant, STEVEN L. PLOOF, committed a violation of Title 18, United States Code, Section 115(a)(1)(A) (threatening to assault, kidnap, or murder, a member of the immediate family of a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such section with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties).

This Criminal Complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

Geordie A. Stutzman, Special Agent
Federal Bureau of Investigation

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on:

Date: September 16, 2025

City and State: Rochester, New York

HONORABLE MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, 25-MJ-630

-v-

STEVEN L. PLOOF,

Defendant.

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

State of New York )
County of Monroe) SS:
City of Rochester )

I, Geordie A. Stutzman, being duly sworn, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for approximately 17 years. I am currently assigned to the FBI's Rochester Resident Agency, which is responsible for investigating violent crime. Before my assignment in Rochester, I served from May 2024 to July 2025 as the Chief of Staff to the Assistant Director of the FBI's Criminal Investigative Division at FBI Headquarters in Washington, DC. From April 2023 to May 2024, I served as the Operations Manager of Operation Panama Express (PANEX), an Organized Crime Drug Enforcement Strike Force based in Tampa, Florida focused on maritime drug smuggling investigations. I worked as a case agent at PANEX from February 2013 to July 2019 and again from August 2022 to April 2023. From

July 2019 to July 2022, I worked as an Assistant Legal Attache in Guatemala City, Guatemala where I supported FBI gang and fugitive investigations. From June 2009 to February 2013, I was assigned to the FBI's Washington Field Office where I investigated Public Corruption and Government Fraud.

## PURPOSE OF AFFIDAVIT

2. This affidavit is submitted in support of a Criminal Complaint charging STEVEN L. PLOOF with violating Title 18, United States Code, Section 115(a)(1)(A) (threatening to assault, kidnap, or murder, a member of the immediate family of a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such section with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties). The assertions made herein are based upon my personal knowledge and participation in this investigation, and from information I have received from other law enforcement agents and officers, all of which I believe to be true and accurate. Since this affidavit is being submitted for the limited purpose of establishing probable cause that STEVEN L. PLOOF violated Title 18, United States Code, 115(a)(1)(A), it does not include each and every fact known to me concerning this investigation. Rather, I have set forth sufficient facts to establish that probable cause exists to believe that STEVEN L. PLOOF committed the subject offense. Further, I have had discussions with officers involved in this investigation who have confirmed the accuracy of the information contained within this affidavit.

## BACKGROUND

3. STEVEN PLOOF is a former law enforcement officer who served with the Ogden Police Department (OPD) from approximately 2005 until September 2021. He also worked for the Orleans County Sheriff's Office but resigned from his position there in 2023 after being placed on administrative leave relating to suspected drug use.

4. On September 12, 2025, the Monroe Crime Analysis Center (MCAC) published an Officer Safety Bulletin regarding PLOOF. The Safety Bulletin described a series of recent statements made by PLOOF threatening violence against others as well as threatening behavior he had demonstrated which had been reported to the Monroe County Sheriff's Office and the Greece Police Department (GPD). Among the various events described in the report were:

   a. On or about September 11, 2025, PLOOF was running around his apartment complex with knives screaming "I'm gonna kill you!" He then stated he hoped someone called the police because he would go after them with his knives, and they can shoot him in the head.

   b. On or about September 12, 2025, PLOOF called a family member and stated "I'm gonna kill [a named friend to the family], the entire family right down to you, and then I'm gonna take myself out."

5. On September 13, 2025, due to the series of threats PLOOF had made, the Monroe County Office of Mental Health obtained an order for him to be held for a mental health evaluation pursuant to New York Mental Hygiene Law, Section 9.45.

## FACTS ESTABLISHING PROBABLE CAUSE

6. On the afternoon of September 15, 2025, OPD received a report that two (2) posterboard signs containing threatening messages written in black marker had been left earlier that day on the front porch of the residence of an FBI Special Agent (hereafter referred to as "the FBI Agent") and the agent's spouse in Ogden, New York. One sign read "Corrupt FBI AGENT!" and the other read "I Want To Fuck Your Kids!". The FBI Agent and his spouse have two children. A photo of the signs on the porch of the residence is below:




7. The FBI Agent provided OPD with video footage from his / her home security system which showed a male placing the signs on the FBI Agent's front porch at approximately 12:58pm.

8. The OPD Police Chief reviewed the footage and informed the FBI Rochester Resident Agency that he recognized the individual who left the signs as former OPD officer PLOOF, with whom the OPD Police Chief had worked for years.

**ARREST AND REARREST OF PLOOF**

9. On the evening of September 15, 2025, GPD observed PLOOF sitting in a 2019 grey Chevrolet Equinox registered under his name parked outside his residence at 271 Squareview Lane, Greece, NY.

10. The same vehicle had been observed on a GPD license plate reader on September 14, 2025 with "Fuck The FBI" written on the rear windshield.

11. GPD officers moved to conduct a mental hygiene arrest on PLOOF pursuant to New York Mental Hygiene Law Section 9.45. Upon being approached by GPD Officers, PLOOF attempted to drive his vehicle at them, but was unsuccessful as his vehicle was blocked between a light post and a GPD vehicle. He then attempted to set fire to officers using a spray canister and lighter, but the spray did not ignite. He then retrieved a machete from his vehicle and approached the GPD officers. In response, GPD officers tased PLOOF, detained him, and transported him to Rochester General Hospital (RGH).

12. In the early morning hours of September 16, 2025, PLOOF escaped RGH. As a result, the hospital was placed on lockdown during which time no one was allowed to leave or enter, except for patients who needed care. He was subsequently rearrested by GPD in the city of Rochester, NY later on September 16, 2025.

**SEARCH OF PLOOF'S RESIDENCE**

13. GPD officers searched PLOOF's residence pursuant to a state search warrant and observed in his bedroom written above his bed the words "Fuck The FBI." A photo of the scene is below:




14. Based on the above information, there is probable cause to believe that on or about September 15, 2025, Steven PLOOF violated Title 18, United States Code, Section 115(a)(1)(A) (threatening to assault, kidnap, or murder, a member of the immediate family of a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such section with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the

performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties).

Geordie A. Stutzman
Special Agent
Federal Bureau of Investigation

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d) on 16 September 2025:

HONORABLE MARK W. PEDERSEN
United States Magistrate Judge