UNITED STATES DISTRICT COURT
FILED
FEB 18 2026
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

STEVEN L. PLOOF,

Defendant.

26-CR-6017-MAV

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 115(a)(1)(A)

**COUNT 1**

**(Threatening the Family of a Federal Law Enforcement Officer)**

**The United States Attorney Charges That:**

On or about September 15, 2025, in the Western District of New York, and elsewhere, the defendant, **STEVEN L. PLOOF**, did threaten to assault the immediate family of a Federal Law Enforcement Officer, to wit a Special Agent of the Federal Bureau of Investigation, with the intent to impede, intimidate, and interfere with the Agent while he was engaged in the performance of his official duties, and with intent to retaliate against the Agent on account of the performance of his official duties.

**All in violation of Title 18, United States Code, Sections 115(a)(1)(A).**

DATED: Rochester, New York, February 18, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY: ______________________
EVERARDO A. RODRIGUEZ
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York