IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. 26-CR-6017-MAV

STEVEN L. PLOOF,

Defendant.

**STATEMENT OF THE GOVERNMENT**
**WITH RESPECT TO SENTENCING FACTORS**

**PLEASE TAKE NOTICE** that the government does not object to the findings of the Presentence Investigation Report (PSR) in this case, dated May 14, 2026.

Pursuant to paragraph 12 of the plea agreement and Federal Rule of Criminal Procedure 11(c)(1)(C), the government respectfully requests that the Court sentence the defendant to a term of imprisonment14 months. Although such sentence is below the otherwise applicable guidelines range, such sentence is reasonable and just under the circumstances in this case. The government further requests, again pursuant to paragraph 12 of the plea agreement and Rule 11(c)(1)(C), that the Court include as a condition of supervised release a condition that the defendant avoid all contact, direct or indirect, with the victim, the victim's family and the victim's residence and that the defendant shall at all times stay at least 500 yards away from the victim, the victim's family and the victim's residence.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100 at the time of sentencing. Immediately after sentencing, the defendant must pay the amount due by personal check, cashier's check or certified funds to the United States District Court Clerk.

The government requests that the Court order that all financial obligations be due immediately. In the event the defendant lacks the ability to immediately pay the financial obligations in full, the government requests that the Court set a schedule for payment of the obligations.

In the event present counsel for the defendant will continue to represent the defendant after sentencing regarding the collection of unpaid financial obligations, it is requested that a letter so advising be sent to:

Asset Recovery Division
U.S. Attorney's Office WDNY
138 Delaware Avenue
Buffalo, New York 14202

If a letter is not received within ten (10) days of sentencing, the defendant will be directly contacted regarding collection of the financial obligations.

Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources

efficiently, the government hereby moves the Court to apply the additional one (1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).

DATED: Rochester, New York, May 22, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY: s/EVERARDO A. RODRIGUEZ
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Ste. 500
Rochester, New York 14614
585-399-3950
Everardo.rodriguez@usdoj.gov