**DAVID R. MORABITO**
**Attorney at Law**
117 West Commercial Street
P.O. Box 187
East Rochester, NY 14445-0187
(585) 586-5770
FAX: (585) 383-1496

May 27, 2026

United States Department of Probation
100 State Street
Rochester, NY 14614

RE: USA vs Steven Ploof
26-CR-6017

Dear Ladies and Gentlemen:

Would you be so kind as to unseal the Pre-Sentence Report of Defendant Ploof so that I can review and prepare for sentencing.

If you have any questions whatsoever, please contact me at your convenience. Thank you.

Sincerely,

David R. Morabito

DRM/sms